IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIO BARBER,

        Plaintiff,

v.                                                4:05cv113-WS

JUDGE ROBERT HINKLE, et al.,

        Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 5) docketed May 3, 2005.  The magistrate judge recommends that the plaintiff's motion to recuse be denied and that this action be dismissed.  The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 8) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's motion (doc. 4) to recuse is DENIED.

3.  The plaintiff's complaint and this action are hereby DISMISSED without

prejudice.

    4.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this June 3, 2005.


      /s William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE